IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARY FINNELL                                                                    PLAINTIFF

v.                                    CASE No. 08- 5095

SHERIFF KEITH FERGUSON                                                   DEFENDANT

### ORDER

Gary Finnell submitted this pro se action for filing pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

The plaintiff did not submit with his complaint a completed application to proceed *in forma pauperis* (IFP) – the inmate account portion of the application has not been completed by Plaintiff's institution of incarceration. The clerk of court is directed to provide the plaintiff with an *in forma pauperis* application. Plaintiff is given up to and including May 23, 2008, in which to complete the IFP application including having the inmate account portion of the application completed by detention center personnel.

The application should be returned to the undersigned for review and filing. Should plaintiff fail to return the application within the required period of time or complete the application as directed, his complaint will become subject to dismissal for failure to obey a court order.

The undersigned will determine at a later time whether the complaint should be served on the defendant.

IT SO ORDERED this **23** day of April 2008.

*[signature]*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 25 2008

CHRIS R. JOHNSON, CLERK

BY
                DEPUTY CLERK