IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARRY R. FINNELL                                              PLAINTIFF

              v.                    Civil No. 08-5095

SHERIFF KEITH FERGUSON,
Benton County, Arkansas                                        DEFENDANT

**O R D E R**

      Plaintiff's complaint was filed in this case on April 25, 2008. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

      Accordingly, it is ordered that plaintiff, Garry R. Finnell, complete and sign the attached addendum to his complaint, and return the same to the court **by June 11, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by June 11, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

      IT IS SO ORDERED this 15th day of May 2008.

                                                      /s/ *J. Marschewski*
                                                      HON. JAMES R. MARSCHEWSKI
                                                      UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GARRY R. FINNELL                                                                                      PLAINTIFF

        v.                                  Civil No. 08-5095

SHERIFF KEITH FERGUSON,
Benton County, Arkansas                                                                      DEFENDANT

**ADDENDUM TO COMPLAINT**

TO:  GARRY R. FINNELL

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant.  Accordingly, it is required that you fill out this form and send it back to the court **by June 11, 2008.** Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

      In your complaint, you allege the defendant Sheriff Keith Ferguson has been refusing to provide you with necessary medications and medical treatment.  Specifically, you allege that you were told you need to be on an inhaler.

      1.  Please provide:  (a) the dates of your incarceration at the Benton County Detention Center (BCDC); and (b) the reason you are incarcerated.

      Answer:

-2-

_____

_____

_____

_____

_____

_____

_____

     2. You allege Sheriff Ferguson is denying you medication and medical care. Please explain how he is doing this. In doing so, please state: (a) how an inmate at the BCDC requests medical care or treatment; (b) whether the requests for medical care or treatment are personally reviewed by Sheriff Ferguson or who reviews the requests; (c) whether you have ever personally spoken to, or seen, Sheriff Ferguson; and (d) how you believe he has exhibited deliberate indifference to your serious medical needs.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      3. In the grievances and requests attached to your complaint you mention seeing a nurse and doctor. Does the BCDC have a jail nurse and jail doctor?

      Answer: Yes _____ No _____.

If you answered yes, please state if you intended to name the jail nurse and doctor as defendants. If you did intend to name the nurse or doctor as defendants, please list each nurse or doctor by name and state how he or she exhibited deliberate indifference to your serious medical needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. In one of your grievances, you mention that the nurse put you on medication but you did not receive your medication. Did you get your medication after you submitted this grievance?

Answer: Yes _____ No _____.

If you answered no, please explain what happened.

_____

_____

_____

_____

_____

_____

_____

_____

5. In response to a number of your grievances about medical issues, Captain Petray responded that the doctor made all medical decisions. Were all decisions regarding your medical care and treatment made by the jail doctors and nurses?

Answer: Yes _____ No _____.

If you answered no, please explain in detail who you believe made the decisions and what you base your belief on.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
GARRY F. FINNELL

_____
DATE

**AO72A**
**(Rev. 8/82)**