```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

GARRY R. FINNELL                                            PLAINTIFF

        v.            Civil No. 08-5095

SHERIFF KEITH FERGUSON,
Benton County, Arkansas;
CAPTAIN HUNTER PETRAY;
NURSE MARSHA SMITH; and
DR. JOHN HUSKINS                                           DEFENDANTS

## O R D E R

Now on this 31st day of March, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #46), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion For Summary Judgment** (document #38) is **granted**, and this matter is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE